■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WAYNE WEBSTER, Also Known as GERALD JONES, Appellant. [665 NYS2d 323] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (McKay, J.), rendered April 9, 1996, convicting him of robbery in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the evidence was legally insufficient to establish his guilt is unpreserved for appellate review (*see*, CPL 470.05 [2]; *People v Udzinski*, 146 AD2d 245). In any event, viewed in the light most favorable to the People (*see, People v Contes*, 60 NY2d 620), the evidence was legally sufficient to support his conviction beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict was not against the weight of the evidence (*see*, CPL 470.15 [5]).

Additionally, the defendant's sentence was not excessive (*see, People v Suitte*, 90 AD2d 80).

The defendant's remaining contentions are unpreserved for appellate review and, in any event, are without merit. O'Brien, J. P., Thompson, Santucci and McGinity, JJ., concur.